# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES RHOADS,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 23-5093** |
| **THE SUPERINTENDENT OF BERKS** : | |
| **COUNTY JAIL SYSTEM,** *et al.* : | |

## ORDER

**AND NOW**, this 2nd day of July, 2024, upon independent consideration of the Emergency Request for Relief (Doc. No. 4), the Petition to Proceed *In Forma Pauperis* (Doc. No. 5), and the Revised Section 2241 Petition for Writ of Habeas Corpus (Doc. No. 11), and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (Doc. No. 15) to which Petitioner did not file any objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Revised Section 2241 Petition for Writ of Habeas Corpus (Doc. No. 11) is **SUMMARILY DISMISSED without prejudice**;

3. The Emergency Request for Relief (Doc. No. 4) is **DISMISSED without prejudice**; and

4. There is no basis to issue a certificate of appealability.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**